

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Adversary No.: 15–05028

---

IN THE MATTER OF:
    Diana Houck
        Debtor(s)

Case No.: 11–51513
Chapter: 13

---

Diana Houck
    Plaintiff(s)

vs.

Substitute Trustee Services, Inc.
    Defendant(s)

---

# FINAL PRE–TRIAL ORDER AND NOTICE OF TRIAL

Pursuant to Bankruptcy Rule 7016 (which incorporates Fed. R. Civ. P. 16), it is hereby **ORDERED** that:

1. The trial of this matter is set for December 3, 2019 at 09:30 AM at Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 1–5, Charlotte, NC 28202.

2. By November 26, 2019 the parties shall do the following:

    a. Supplement disclosures pursuant to Rule 26(a);

    b. Supplement discovery responses;

    c. Number and exchange copies of all anticipated trial exhibits (with respect to exhibits which cannot reasonably be copied, permitting inspection of the exhibit satisfies this requirement);

    d. Identify by name all witnesses anticipated to be called at the trial; and

    e. Exchange a list of issues to be decided at the trial.

3. By November 29, 2019 each party shall file with the court the following documents:

    a. List of witnesses;

    b. List of exhibits; and

    c. Statement of issues to be decided.

4. If any party desires to submit a trial brief or other submission of authorities, it must be filed and served on opposing parties no later than the deadline set out in paragraph 3 above.

5. Failure to timely comply with these requirements may subject the offending party to sanctions (which may include exclusion of evidence, refusal to consider submissions and entry of adverse judgment on some or all issues).

Dated: August 8, 2019					BY THE COURT

						Laura T. Beyer
						United States Bankruptcy Judge

Electronically filed and signed (8/8/19)